UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-1581-JST(JPRx) | Date | August 5, 2013 |
|---|---|---|---|
| Title | Must Win, Inc., et al. v. La Double 7, Inc., et al. | | |

| Present: The Honorable | JOSEPHINE STATON TUCKER, U.S. District Court Judge |
|---|---|

| Terry Guerrero | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)


On July 15, 2013, the Court ordered counsel to Show Cause why this case should not be dismissed for lack of prosecution.  The Court is in receipt of Plaintiffs' response filed July 26, 2013.  Based on Plaintiffs' response, the Court grants Plaintiffs an extension to file a further response.

It is ordered that counsel show cause in writing no later than **AUGUST 30, 2013** why this action should not be dismissed for lack of prosecution.  No oral argument will be heard unless otherwise ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of an appropriate response.

Counsel is advised that the Court will consider either the filing of a responsive pleading by defendants to the complaint, or a proof of service (indicating proper service in full compliance with the federal rules) as to each defendant, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

                                                                                                     ____:____

                                                                                  Initials of Deputy Clerk     tg